# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 19-cr-1378-AJB |
| Plaintiff, | |
| v. | **ORDER AND JUDGMENT TO DISMISS THE INDICTMENT WITHOUT PREJUDICE** |
| CLEMENTE LOPEZ-ARELLANO, | |
| Defendant. | |

Upon motion of the United States of America and good cause appearing,

IT IS HEREBY ORDERED that the indictment in the above-entitled case be DISMISSED without prejudice as to Defendant Clemente Lopez-Arellano.

IT IS SO ORDERED.

Dated: May 13, 2020

Hon. Anthony J. Battaglia
United States District Judge